This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JOSE DE JESUS CARRILLO,**

    Plaintiff-Appellee,

v.     **No. A-1-CA-37821**

**BLANCA AGUIRRE HERNANDEZ,**

    Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Mary W. Rosner, District Judge**

Law Office of Michael J. Dugan, LLC
Michael J. Dugan
Las Cruces, NM

for Appellee

Atler Law Firm P.C.
Jazmine J. Ruiz
Timothy J. Atler
Albuquerque, NM

for Appellant

### MEMORANDUM OPINION

**ZAMORA, Chief Judge.**

**{1}** Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary reversal has been filed and the time for doing so has expired. **REVERSED.**

**{2}** **IT IS SO ORDERED.**

**M. MONICA ZAMORA, Chief Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**BRIANA H. ZAMORA, Judge**